**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CLAUDIA S. CASERES,

        Plaintiff,

v.                                                            Case No. 6:13-cv-1001-Orl-37KRS

TEXAS DE BRAZIL (ORLANDO)
CORPORATION,

        Defendant.

**ORDER**

This cause is before the Court on the following:

1. Defendant Texas de Brazil (Orlando) Corporation's Motion to Dismiss or, in the Alternative, to Stay and Motion to Compel Arbitration and Incorporated Memorandum of Law (Doc. 7), filed July 24, 2013;

2. Plaintiff's First Amended Complaint and Demand for Jury Trial (Doc. 14), filed July 31, 2013; and

3. Defendant's Notice that Its Motion to Dismiss or, in the Alternative, to Stay and Motion to Compel Arbitration Is Rendered Moot (Doc. 15), filed August 5, 2013.

On June 28, 2013, Plaintiff filed the initial Complaint. (Doc. 1.) On July 24, 2013, Defendant moved to dismiss or, in the alternative, to stay and to compel arbitration. (Doc. 7.) On July 31, 2013, Plaintiff responded and simultaneously filed the First Amended Complaint. (Docs. 12, 14.) Defendant then filed an unopposed notice that its motion to dismiss or to stay and to compel arbitration was rendered moot by the Amended Complaint and that it will timely respond to the Amended Complaint.

(Doc. 15.) In light of the parties' agreement, it is hereby **ORDERED AND ADJUDGED** that Defendant Texas de Brazil (Orlando) Corporation's Motion to Dismiss or, in the Alternative, to Stay and Motion to Compel Arbitration and Incorporated Memorandum of Law (Doc. 7) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 6, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record